UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Hatcher et al.,

          Plaintiffs,      Case No. 18-cv-11986

v.                                   Judith E. Levy
                                   United States District Judge

Genesee County et al.,

                                   Mag. Judge Elizabeth A. Stafford

          Defendants.

_____/

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiffs filed the complaint in this matter on June 25, 2018. (Dkt. 1.) Summons were issued that same day. (Dkts. 2–4.) In accordance with Federal Rule of Civil Procedure 4(m), plaintiffs had until September 22, 2018 to serve defendants. Yet as of the date of this order, defendants have still not been served. Accordingly, plaintiffs shall show cause by **October 12, 2018** why this matter should not be dismissed for failure to prosecute, pursuant to Eastern District of

Michigan Local Rule 41.2.

    IT IS SO ORDERED.

Dated: October 1, 2018            s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                                United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 1, 2018.

                                          s/Shawna Burns
                                          SHAWNA BURNS
                                          Case Manager