UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMANI HATCHER, *et al.*,

    *Plaintiffs*,

v.

COUNTY OF GENESEE, *et al.*,

    *Defendants*.

_____/

Case No. 18-cv-11986-PDB

Hon. Paul D. Borman

## **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE [DOC. #7]**

Plaintiffs, by and through their undersigned attorneys, Solomon M. Radner and Excolo Law PLLC, responds to the Order to Show Cause issued on October 3, 2018, as to why this instant action should not be dismissed pursuant to Fed. R. Civ. P. 4(m), for failure to prosecute as follows:

1.    Plaintiffs' process server was unsuccessful in her attempts to personally serve the Defendants, so on September 20, 2018, envelopes containing the Summons and Complaint were sent to each Defendant at their places of business, via United States Postal Service Certified Mail, and on September 25, 2018, the executed Return Receipts were received at undersigned counsel's office.

2.    Proofs of Service were filed on October 3, 2018, with the Court, including the signed copies of each Defendant's Return Receipt. *See* ECF Nos. 8 and 9.

1

3. Defendants Robert J. Pickell and Jason Gould's Answers are due October 11, 2018.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order deeming the October 3, 2018 Order to Show Cause as moot, in light of the Proofs of Service filed on the same date.

    Respectfully submitted,

    EXCOLO LAW, PLLC

By:  */S/ Solomon M. Radner*
    SOLOMON M. RADNER (20195)
    Attorney for Plaintiff
    26700 Lahser Road, Suite 401
    Southfield, Michigan 48033
    866.939.2656
    sradner@excololaw.com

Dated: October 3, 2018

## CERTIFICATE OF SERVICE

I hereby affirm that on October 3, 2018, I caused the foregoing document to be filed electronically with the United States District Court and that a copy of document was served on all counsel of record through the Court's CM/ECF system.

    */s/ Solomon M. Radner*
    Solomon M. Radner (P73653)