# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*Hatcher et al.*,

            Plaintiffs,    Case No. 18-cv-11986

v.                                  Judith E. Levy
                                     United States District Judge

*Genesee County et al.*,

                                   Mag. Judge Elizabeth A. Stafford

            Defendants.

_____/

## ORDER TO SHOW CAUSE

Plaintiffs filed the complaint in this matter on June 25, 2018. (Dkt. 1.) Defendants were served on September 20 (Dkts. 8, 9, 11), and, in accordance with Federal Rule of Civil Procedure 12(a)(1)(A)(i), defendants had until October 11 to serve an answer. As of the date of this order, no answer has been served. Accordingly, plaintiffs shall show cause in writing by **October 23, 2018** why this matter should not be dismissed for failure to prosecute, pursuant to Eastern District of

Michigan Local Rule 41.2.

    IT IS SO ORDERED.

Dated: October 16, 2018      s/Judith E. Levy
   Ann Arbor, Michigan      JUDITH E. LEVY
                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 16, 2018.

                                               s/Shawna Burns
                                               SHAWNA BURNS
                                               Case Manager