Exhibit 1 to Plaintiffs' Motion To Reset Discovery Cut-Off Deadline And Continue Dispositive Motion Cutoff Deadline

*From Pacer:*

| Date | No. | Docket Text |
|---|---|---|
| 05/23/2019 | 21 | ATTORNEY APPEARANCE: Stephen Frederick Monroe appearing on behalf of All Plaintiffs (Monroe, Stephen) (Entered: 05/23/2019) |
| 09/04/2019 | 22 | MOTION TO EXTEND Discovery Cutoff of September 6, 2019 by All Plaintiffs. (Attachments: # 1 Exhibit) (Monroe, Stephen) (Entered: 09/04/2019) |
| 09/05/2019 |  | TEXT-ONLY ORDER Granting 22 MOTION TO EXTEND Discovery Cutoff. Signed by District Judge Judith E. Levy. (SBur) (Entered: 09/05/2019) |
| 09/05/2019 | 23 | AMENDED SCHEDULING ORDER: **Discovery due by 11/6/2019** and **Dispositive Motion Cut-off set for 12/6/2019.** Signed by District Judge Judith E. Levy. (Refer to image for additional dates) (SBur) (Entered: 09/05/2019) |
| 09/06/2019 | 24 | ATTORNEY APPEARANCE: Stephen Frederick Monroe appearing on behalf of All Plaintiffs (Monroe, Stephen) (Entered: 09/06/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/03/2019 15:56:47 | | | |
| PACER Login: | stephenmonroe17:5624748:4793379 | Client Code: | Genesee Col. Jail Cases |
| Description: | Docket Report | Search Criteria: | 5:18-cv-11986-JEL-EAS |
| Billable Pages: | 30 | Cost: | 3.00 |



EXHIBIT 1