Exhibit 2 to Plaintiffs' Motion To Reset Discovery Cut-Off Deadline And Continue Dispositive Motion Cutoff Deadline

*From Stephen Monroe's Email:*



