Exhibit 3 to Plaintiff's Motion To Reset Discovery Cut-Off Deadline And Continue Dispositive Motion Cutoff Deadline

*From Stephen Monroe's Deleted Email:*



*From Stephen Monroe's Junk Email*



