**Stephen Monroe**

**From:** Stephen Monroe
**Sent:** Thursday, November 7, 2019 3:21 PM
**To:** 'Michael Edmunds'
**Cc:** 'Solomon Radner'
**Subject:** RE: Genessee Jail Case: Plaintiff's Motion to Extend Cutoff

Mr. Edmunds, just got your voicemail and look forward to the production. I would like to chat with you over the phone at your convenience. When works?

**Stephen F. Monroe**
*Partner*



225 West Washington Street, Suite 2200
Chicago, IL 60606
Toll Free: (800) LAW-5432
Tel: (212) 702-5000
Dir: (312) 894-7941
Fax: (312) 873-4537
smonroe@BernLLP.com
www.BernLLP.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at **www.bernllp.com**

**From:** Michael Edmunds <medmunds@edmundslawoffice.com>
**Sent:** Friday, October 18, 2019 3:26 PM
**To:** Stephen Monroe <smonroe@bernllp.com>
**Cc:** 'Solomon Radner' <sradner@excololaw.com>
**Subject:** Re: Genessee Jail Case: Plaintiff's Motion to Extend Cutoff

Hey guys,

Sorry for lack of communication. I'll get you the docs you need next week, and will agree to any discovery you may need even after cutoff. Can explain later, but have not been getting emails

Michael Edmunds
MEdmunds@EdmundsLawOffice.com
(810) 234-3633



1

**From:** Stephen Monroe
**Sent:** Tuesday, September 03, 2019 5:20 PM
**To:** mailto:medmunds@edmundslawoffice.com
**Cc:** 'Solomon Radner'
**Subject:** Genessee Jail Case: Plaintiff's Motion to Extend Cutoff

Mr. Edmunds,

Under Local Rule 7.1, attached please find a draft motion to continue the discovery cutoff of this Friday. Please review and advise whether you concur or object. I intend to file by end of business tomorrow.

Regards,

**Stephen F. Monroe**
*Partner*



225 West Washington Street, Suite 2200
Chicago, IL 60606
Toll Free: (800) LAW-5432
Tel: (212) 702-5000
Dir: (312) 894-7941
Fax: (312) 873-4537
smonroe@BernLLP.com
www.BernLLP.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at **www.bernllp.com**