UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMANI HATCHER, et al.,

      *Plaintiffs*,        Case No. 5:18-CV-11986-JEL-EAS
v.        Hon. Judith E. Levy

GENESEE COUNTY, et al.,

      *Defendants*,
_____/

**PLAINTIFFS' COUNSELS'
MOTION TO WITHDRAW APPEARANCE**

    NOW COMES Counsel for Plaintiffs, Solomon Radnor, of EXCOLO LAW, PLLC; Conrad Benedetto, of LAW OFFICES OF CONRAD BENEDETTO; and Stephen F. Monroe, of MARC J. BERN & PARTNERS, LLP Counsel for Plaintiffs IMANI HATCHER, et. al., who respectfully move this honorable Court, to permit the withdrawal of said counsels' appearances in this matter, and in support thereof, states as follows:

    1.    This action was filed on June 25, 2018. To date, the parties have been engaged in extensive discovery to determine whether there was tortious contamination of the water at the Genesee County Jail because of the switch of Flint, Michigan's water source to the Flint River in April 2014.

    2.    Stephen Monroe filed his appearance on May 23, 2019, and refiled it because of technological difficulties on September 6, 2019.

    3.    The undersigned seeks leave to withdraw as counsel for plaintiffs because of insurmountable difficulties related to their representation.

1

4.  The undersigned will mail a copy of this motion to each Plaintiff's last known address along with the order attached hereto as Exhibit A.

5.  No motion or hearing in this matter is pending and this matter has not been set for trial.

6.  Granting this motion would neither delay the trial of the case nor be inequitable.

WHEREFORE the undersigned prays that this honorable Court will grant their motion to withdraw their appearance for Plaintiffs, and any other relief the Court deems just and proper.

Dated: May 20, 2020                                     Respectfully Submitted,

                                                        EXCOLO LAW, PLLC

                                                        */s/ Solomon M. Radner*
                                                        SOLOMON M. RADNER (P73653)
                                                        Attorney for Plaintiff
                                                        26700 Lahser Road, Suite 401
                                                        Southfield, MI 48033
                                                        Phone: (248) 291-9712
                                                        Email: sradnor@excololaw.com

                                                        LAW OFFICES OF CONRAD J. BENEDETTO

                                                        */s Conrad J. Benedetto*
                                                        CONRAD BENEDETTO
                                                        Attorney for Plaintiffs
                                                        1615 S. Broad St.
                                                        Philadelphia, PA 19148
                                                        (215) 266-0172)

                                                        MARC J. BERN & PARTNERS, LLP

                                                        /s Stephen F. Monroe
                                                        Stephen F. Monroe, IL#6305823
                                                        Marc J. Bern & Partners, LLP
                                                        Cook Co. Firm No. 61789
                                                        225 West Washington Street, Suite 2200
                                                        Chicago, IL 60606
                                                        Phone: (312) 894-7941
                                                        Email: smonroe@bernllp.com

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the Motion to Withdraw as Counsel for Plaintiffs Imani Hatcher, et. al., were served in accordance with the Court's electronic filing guidelines. Notice of Electronic Filing of these documents will be sent to all parties via the Court's electronic filing system on May 20, 2020. Additionally, notice of this motion will be sent to all individual plaintiffs.

/s Stephen F. Monroe