# EXHIBIT A

## IMANI HATCHER, et. al. Plaintiffs and Addresses

| First | Last | Address |
|---|---|---|
| Christopher | Adams | 320 N. Hubbard St, St. Louis, MI 48880 |
| Brett Allen | Anderson II | 11660 Washington Ave, Mt. Morris, MI 48450 |
| Cody | Arwood | 218 Cherry St, Flushing, MI 48433 |
| Thermon | Atkins | 5802 Edwards Ave, Flint MI 48505 |
| Shanice | Bailey | 3225 Buick St, Apt #118, Flint, MI 485505 |
| Mercades | Barajas | 2664 Corunna Rd, Flint, MI 48503 |
| Donta | Breed Jr. | 4016 Kings Ln, Building 9, Burton, MI 48529 |
| Brian | Brochu | Ernest Brooks Correctional Facility, 2500 Sheridan Dr, Muskegon, MI 49444 |
| James H | Brown | 401 W. Ruth Ave, Flint, MI 48505 |
| Larry | Brown | 2117 Chateau St, Flint, MI 48504 |
| Diana Lynn | Buffey | 3901 N. Averill Ave, Apt #5, Flint, MI 48506 |
| Samuel | Burch | 3413 Robin St, Flint, MI 48505 |
| Jeanette | Chapman | 1321 Ida St, Flint, MI 48503 |
| Michael | Clack | 3120 Helber St, Flint, MI 48504 |
| Kelvin | Cobb | 702 Hubbard St, Flint, MI 48503 |
| Elvin | Coleman | 501 Lyon St, Apt #27, Flint, MI 48503 |
| Kentay | Coles | 526 E. Jamieson St, Flint, MI 48505 |
| Clee | Cooper | 910 Lochhead St, Flint, MI 48507 |
| Chalita | Crump | 1192 River Valley Dr, Apt #4, Flint MI |
| Dustin | Dady | 7222 Kessling St, Davidson, MI, 48423 |
| Rory | Dixon | 1070 Kurtz Ave, Flint, MI 48505 |
| Stefan | Felton | 639 Huron St, Flint, MI, 48507 |
| Rebecca | Gagnon | 2510 Gibson St, Flint, MI 48503 |
| Erik | Gaither | 2116 Connell St, Burton, MI 48529 |
| James | Gorrell | 2104 Kenneth St, Apt #3, Burton, MI 48529 |
| Simon | Greenlick | 1110 Eldon Baker St, Flint, MI 48507 |
| LaJuane | Gigsby | 989 N. Stevenson St |
| Senecca | Harden | 522 E. Jamieson St, Flint, MI 48505 |
| Janaric | Harper | 2606 Devon Ln, Bldg #50 |
| Imani | Hatcher | 2133 Bevan Ln, Flint, MI 48507 |
| Jennie | Hayward | 3002 Wyoming Ave, Flint, MI 48506 |
| Steven | Hebel | 408 1/2 N. Park St, Owosso, MI 48867 |
| Gary | Hill | 1806 E. Webster Rd Lot #171, Flint, MI 48505 |
| Norah Ann | Howell | 7101 Aeorn Cir, Mt. Morris, MI 48420 |
| De'Quan | Hughes | 3202 Pencombe Pl, Flint, MI 48503 |
| Deonte | James | 2102 Trout Dr, Flint, MI 48507 |
| Jacrisha | Johnson | 321 W. Dewey Ave, Flint, MI 48505 |
| Jeffery | Jones | 2510 Gibson St, Flint, MI 48503 |
| Mary | Kelly | 2314 Raskob St, Flint, MI  48504 |
| Travis | Lane | 7200 Allegan Dr, Davidson, MI 48423 |
| De'Angelo | Lansdown | 1188 Camellia Dr, Mt. Morris, MI 48458 |
| Richard | Lawrence | 939 Gladwyn St, Flint, MI 48504 |
| Douglas | Long | 4921 Glenn Ave, Flint, MI 48505 |

| | | |
|---|---|---|
| Stacy | Longrie | 1549 E. Atherton St Lot #97, Flint, MI 48507 |
| Michael | Love | 201 W. Rankin St, Flint, MI 48505 |
| Bridgett | Mancour | 2447 Gena Ann Ln, Flint, MI 48504 |
| Taraence | Marshall | 6096 Neff Rd, Mt. Morris, MI 48456 |
| Tre'Quan | Marshall | 1052 W. Vernon Dr, Flint, MI 48503 |
| Christal | McCaa | 1842 Lapeer Rd, Flint, MI 48503 |
| Alicia | Mitchell | 308 Lincoln Ave, Mt. Morris, MI 48458 |
| Nickolas | Morrison | 6111 Duffield Rd, Swartz Creek, MI |
| Dajuan | Munerlyn | 3449 Clovertree Ln, Flint, MI 48532 |
| Joseph | Murphy | 1492 E. Scottwood Ave, Burton, MI 48529 |
| Deidra | Myers | 2260 Ridgemoor Ct, Burton, MI 48509 |
| Justin | Obryan | 3226 Leith St, Flint, MI 48506 |
| Christina | Pantoja | 1022 Tremont Ave, Flint, MI 48505 |
| Keivon | Powell | 2601 Torrance St, Flint, MI 48506 |
| Derrick | Reed Jr. | 3610 Stonegate Dr |
| Maurice | Rice | 2232 Mallery St, Flint, MI 48504 |
| Samantha | Rupp | 3310 W. Gracelawn, Flint, MI 48504 |
| Bradley | Sharp | 2500 S. Sheridan Dr, Muskegon Heights, MI 49444 |
| Jordan | Shealy | 1842 Lapeer Rd, Flint, MI 48503 |
| Darin | Smith | 6102 Ramblewood Ct, Flint, MI 48532 |
| Devin | Smith | G3341 Mallery St, Flint, MI 48532 |
| Feronda | Smith | 1002 S. Saginaw St (Genesee County Jail) |
| Won Jewel | Snell | 5907 Fleming Rd, Flint, MI 48505 |
| Christina | Stevens-Ivory | 931 MLK Ave, Flint, MI 48503 |
| Michael | Sweet | 5221 Tokay Dr, Flint, MI 48507 |
| Jordan | Tarrence | 4307 Beechwood Ave, Burton, MI 48509 |
| Utesha | Taylor | 639 Huron Ave, Flint, MI 48507 |
| Cortez | Turner | 1625 Seminole St, Flint, MI 48503 |
| Jeremy | Tyree | 521 W. Seventh St, Flint, MI 48503 |
| Derrick | Walton | 2121 Devon Ln, Flint, MI 48507 |
| Sanika | Williams | 2601 Torrance St, Flint, MI 48506 |
| Jennara | Wise | 801 Crawford St, Flint, MI 48507 |
| D'Mondre | Wright | 1822 Lapeer Rd, Flint, MI 48503 |
| Erica | Wright | 1021 Christopher St, Flint, MI 48503 |