# EXHIBIT B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IMANI HATCHER, et al.,

    *Plaintiffs*,                    Case No. 5:18-CV-11986-JEL-EAS

v.                                                   Hon. Judith E. Levy

GENESEE COUNTY, et al.,

    *Defendants*,

_____/

### ORDER FOR WITHDRAWAL OF COUNSEL WITHOUT SUBSTITUTION

On the motion of Solomon Radnor, of EXCOLO LAW, PLLC; Conrad Benedetto, of LAW OFFICES OF CONRAD BENEDETTO; and Stephen F. Monroe, of MARC J. BERN & PARTNERS, LLP, Counsel for Plaintiffs IMANI HATCHER, et. al., for leave to withdraw as counsel for Plaintiffs IMANI HATCHER, et al., and the Court being fully advised,

**IT IS HEREBY ORDERED THAT** Solomon Radnor, of EXCOLO LAW, PLLC; Conrad Benedetto, of LAW OFFICES OF CONRAD BENEDETTO; and Stephen F. Monroe, of MARC J. BERN & PARTNERS, LLP Counsel for Plaintiffs IMANI HATCHER, et. al., are withdrawn as counsel for IMANI HATCHER, et. al., and they are no longer their attorneys of record in any capacity. Their appearances as attorneys are discontinued in this matter.

ENTERED:_____

*Prepared by:*
MARC J. BERN & PARTNERS LLP
225 West Washington Street, Suite 2200

Chicago, IL 60606  
Phone: (312) 894-7941  
Fax:    (312) 873-4537  
Email: smonroe@bernllp.com