UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Imani Hatcher et al.,

                Plaintiffs,      Case No. 18-11986

v.                                 Judith E. Levy
                                    United States District Judge

Genessee County et al.,

                                   Mag. Judge Elizabeth A. Stafford

                Defendants.

_____/

## ORDER REGARDING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW [32]

On May 20, 2020, Plaintiffs' counsel moved to withdraw in this case, citing "insurmountable difficulties" with their representation of Plaintiffs. (ECF No. 32.) On June 10, 2020, the Court held a hearing by video teleconference on Plaintiffs' counsel's motion. For the reasons stated on the record, Plaintiffs' counsel is ordered to contact all Plaintiffs using all reasonable means available to determine whether any Plaintiff opposes the motion. Plaintiffs' counsel must report their findings to the Court no later than July 27, 2020, at which time the Court will reconsider the motion.

Should the Court grant the motion in a subsequent order, it will further order Plaintiffs' counsel to serve any such order on all Plaintiffs and to provide the contact information for all Plaintiffs to Defendants' counsel. Plaintiffs would be given 45 days to inform the Court whether they wish to proceed pro se or voluntarily dismiss their case. A failure to inform the Court would result in the Court's dismissal of the case for failure to prosecute.

The Court adjourns all other active scheduling dates in this case.

Dated: June 11, 2020  　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan  　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 11, 2020.

　　　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　　　Case Manager