UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMANI HATCHER, et al.,
    Plaintiffs,

v.

GENESEE COUNTY, et al.,
    Defendants.

CASE NO. 5:18-CV-11986-JEL-EAS

HON. Judith E. Levy

## OPPOSSITION FOR COUNSEL'S MOTION TO WITHDRAW APPEARANCE

NOW COMES Plaintiff Brian Brochu #945717, are being represented by counsel/attorney Stephen F. Monroe, For Esquire. Counsel filed a motion Notice to withdraw as my attorney.... according to Plaintiff counsel/attorney... The reason is; because, alleylly; there are significant problems of proof which conflict with what, (I'm told) what I think happened. What I am alleged to have said to counsel/attorney Monroe... is not mention in his letter nor motion... or any of the problems of proof which alleylly conflict with what I'm suppose to have said. What I do know is ... I caught hepatitis C ... caused by infectious or toxic ... No doubt there is possible caused by water contamination while incarcerated at the Genesee County jail. Since being at M.D.O.C I have been treated for hepatitis..(C). Hepatitis would give Plaintiff Brochu, standing for damages of a direct injury; injury in fact, malicious injury. And consequential loss

Direct Loss and Now hepatitis can Not be cured... but only controlable. However, the NEW TREATMENT that was REQUIRED of Plaintiff Brochu To take ONE VERY EXPENSIVE Pill for 90 days... is suppose to cure my hepatitis C. However I suffered at least 2014-October November to around May 2019. I have No Idea as to what Counsels/attorney's Relying on what Plaintiff Brochu were suppose to have said to him or them that made them/attorney's File an Appearence on or about June 25, 2018... and 2 years later Now claim... Withdraw Appearance... Accordingly, there would be three Appearences filed- 1) when such action was file 6/25/18, May 23, 2019, and September 6, 2019. this is concerning Stephen F. Monroe, Esq. Attorney should never be allowed to Abandon a civil action, Particularly one he took on by his on whim, for 2 yrs. then whatever Reason Not Really known by the court, as a matter of Record... he say, there's No proof.... Not setting forth to the court... Particularly, where Plaintiff have attracked hepatitis while at the Jail. the attorney agreed to take on the case... then Pursuant to his oath... he should be obligated to take and keep this case for at least Plaintiff Brochu. There is a written Contracts and his payment.

_____

Dated. 6/8/2020

2

United States District Court Eastern District of Michigan Southern Division

Imani Hatcher, et. al
      Plaintiff,

v.

Genesee County, et. al
      Defendant.

Case No. 5:18-CV-11986-JEL-EAS

Hon. Judith E. Levy

# PROOF OF SERVICE

The undersigned Brian Brochu certifies that I received a Motion to Withdraw on 6/5/20. and has respond 6/8/20, by sending an Motion for Opposition to office of Marc J. Bern & Partners LLP at Attorneys at Law. Address to their Respective Address with Postage Pre-Paid. By Placing the same in the United States Postage First Class Mail on 6/8/2020.

I Brian Brochu, declear under the Penalty of Perjury that the mention above is true to the best of my information, knowledge and belief.

Date: 6-8-20       [signature]

Chippewa Corr. Facility
4269 W. M-80
Kincheloe, Michigan
49784

Brian Brochu 945717
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, Michigan 49784

                                          Case No. 5:18-CV-11986
                                          Hon: Judith E. Levy

Dear Clerk:

    Please find enclose for filing ... Opposition of Motion to Withdraw in the above mention cause. Thank you for your concern in this regard.

Dated 6/8/20

BRIAN BROCHU 945717
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, Michigan
49784

Clerk of the United States District Court
Eastern District of Michigan
Theodore Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226