## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Imani Hatcher et al.,

                Plaintiffs,     Case No. 18-11986

v.                          Judith E. Levy
                            United States District Judge

Genessee County et al.,

                     Mag. Judge Elizabeth A. Stafford

                Defendants.

_____/

## ORDER DENYING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW [32]

On May 20, 2020, Plaintiffs' counsel moved to withdraw in this case, citing "insurmountable difficulties" with their representation of Plaintiffs. (ECF No. 32.) On July 29, 2020, the Court held a hearing by video teleconference on Plaintiffs' counsel's motion. For the reasons stated on the record, the Court denies Plaintiffs' counsel's motion without prejudice. Plaintiffs' counsel is ordered to submit a report by email, no later than August 5, 2020, updating the Court as to the status of the case.

IT IS SO ORDERED.

.

Dated: July 29, 2020         s/Judith E. Levy
Ann Arbor, Michigan         JUDITH E. LEVY
                                      United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 29, 2020.

                                   s/William Barkholz
                                   WILLIAM BARKHOLZ
                                   Case Manager