UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMANI HATCHER, DE'ANGELO LANSDOWN, ELVIN COLEMAN, DE'QUAN HUGHES, DERRICK REED JR., JOSEPH MURPHY, AARON AMBS, LAJUANE GRIGSBY, JENNARA WISE, JEANETTE CHAPMAN, AVANELL JACKSON, NICKOLAS MORRISON, MICHAEL LOVE, THERMON ATKINS, JACRISHA JOHNSON, CLARISSA WALTON, JANARIC HARPER, DEONTE JAMES, ERICA WRIGHT, MARY KELLY, JAMES GORRELL, WON JEWEL SNELL, DARIN SMITH, JENNIE HAYWARD, DIANA LYNN BUFFEY, CHRISTINA PANTOJA, JORDAN TARRENCE, DEVIN SMITH, RORY DIXON, DUSTIN DADY, DONTA BREED JR., JUSTIN OBRYAN, SHANICE BAILEY, STEFAN FELTON, UTESHA TAYLOR, GENETHA TAYLOR, KELVIN COBB, LARRY BROWN, STACY LONGRIE, JEREMY TYREE, SIMON GREENLICK, LESHAWN SANDERS, GARY HILL, RICHARD LAWRENCE, CLEE COOPER, MICHAEL SWEET, CHALITA CRUMP, DAJUAN MUNERLYN, LAURA HAYWARD, MAURICE RICE, BRIDGETT MANCOUR, BRETT ALLEN ANDERSON II, ALICIA MITCHELL, JEFFERY JONES, REBECCA GAGNON, ERIK GAITHER, ERIN MIDDLETON, SAMANTHA RUPP, CHRISTINA STEVENS-IVORY, D'MONDRE WRIGHT, CODY ARWOOD, TRE-QUAN MARSHALL, ERIC MORRIS-LESTER, TRAVIS LANE, MICHAEL CLACK, KENTAY COLES, DONALD SCOTT, SENECCA HARDEN, KEIVON POWELL, SANIKA WILLIAMS, CHRISTAL MCCAA, JORDAN SHEALEY, RANDALL DETAMORE, ARRON WARSON, RAYNA MILLER MCKAY, MERCEDES BARAJAS, CORTEZ TURNER, TARENCE MARSHALL, SAMUEL BURCH, JAMES BROWN, CARRIE K. VENABLE, DERRICK WALTON JR., NORAH HOWELL ANN, DEIDRA MYERS, CHRISTOPHER ADAMS, BRADLEY SHARP, FERONDA SMITH, STEVEN HEBEL, DOUGLAS LONG, BRIAN BROCHU, A'SHIAYA ARKWRIGHT, MAEGAN DAWSON,

   *Plaintiffs*,

v.

Case No. 18-cv-11986

COUNTY OF GENESEE, a municipal sub-unit of the State of Michigan; SHERIFF ROBERT PICKELL, Individually and in his official capacity as Sheriff of Genesee County; CAPTAIN JASON GOULD, Individually and in his official capacity as Jail Administrator of the Genesee County Jail,

   *Defendants*.

_____/

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND TOLLING OF STATUTE OF LIMITATIONS

  The undersigned hereby stipulate and agree that this matter be voluntarily dismissed, without prejudice, with each side to bear its own costs. The parties further agree to toll the statute of limitations for any claim already asserted in this case for 120 days from the date of dismissal.

  Defendants do not waive any statute of limitations defenses they had at the time this case was originally filed, but agree that if any Plaintiff's respective case was not barred by time on the date it was originally filed, and it is refiled within 120 days of being voluntarily dismissed, that neither the statute of limitations nor any similar defense shall be raised.

  The parties agree that should any Plaintiff or Plaintiffs re-file their respective lawsuit(s), Defendants are entitled to immediately file a motion for summary judgment without waiting for a new scheduling order, and that all of the discovery generated in this case to date shall be relevant and admissible to the same extent as if the case had never been dismissed. The parties further agree that any Plaintiff who re-files their respective case or cases may seek leave of Court for additional time to conduct discovery.

Dated: August 5, 2020

BY AGREEMENT:

| | |
|---|---|
| *For Plaintiffs:* | *For Defendants:* |
| MARC J. BERN & PARTNERS, LLP | GAULT DAVISON, PC |
| /s Stephen F. Monroe | s/ Michael Edmunds |
| Stephen F. Monroe, IL#6305823 | Gault Davison, PC |
| Marc J. Bern & Partners, LLP | Attorney for Defendants |
| 225 West Washington Street, Suite 2200 | 8305 S. Saginaw St., Ste. 8 |
| Chicago, IL 60606 | Grand Blanc, MI 48439 |
| Phone: (312) 894-7941 | Phone: (810) 234-3633 |
| Email: smonroe@bernllp.com | Email: medmunds@edmundslawoffice.com |

*For Plaintiffs:*

MARC J. BERN & PARTNERS, LLP

/s Stephen F. Monroe

Stephen F. Monroe, IL#6305823
Marc J. Bern & Partners, LLP
225 West Washington Street, Suite 2200
Chicago, IL 60606
Phone: (312) 894-7941
Email: smonroe@bernllp.com

EXCOLO LAW, PLLC

s/ Solomon M. Radner

SOLOMON M. RADNER (P73653)
Attorney for Plaintiff
26700 Lahser Road, Suite 401
Southfield, MI 48033
Phone: (248) 291-9712
Email: sradnor@excololaw.com

LAW OFFICES OF CONRAD J. BENEDETTO

/s Conrad J. Benedetto

CONRAD BENEDETTO
Attorney for Plaintiffs
1615 S. Broad St.
Philadelphia, PA 19148
(215) 266-0172)

*For Defendants:*

GAULT DAVISON, PC

s/ Michael Edmunds

Gault Davison, PC
Attorney for Defendants
8305 S. Saginaw St., Ste. 8
Grand Blanc, MI 48439
Phone: (810) 234-3633
Email: medmunds@edmundslawoffice.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMANI HATCHER, DE'ANGELO LANSDOWN, ELVIN COLEMAN, DE'QUAN HUGHES, DERRICK REED JR., JOSEPH MURPHY, AARON AMBS, LAJUANE GRIGSBY, JENNARA WISE, JEANETTE CHAPMAN, AVANELL JACKSON, NICKOLAS MORRISON, MICHAEL LOVE, THERMON ATKINS, JACRISHA JOHNSON, CLARISSA WALTON, JANARIC HARPER, DEONTE JAMES, ERICA WRIGHT, MARY KELLY, JAMES GORRELL, WON JEWEL SNELL, DARIN SMITH, JENNIE HAYWARD, DIANA LYNN BUFFEY, CHRISTINA PANTOJA, JORDAN TARRENCE, DEVIN SMITH, RORY DIXON, DUSTIN DADY, DONTA BREED JR., JUSTIN OBRYAN, SHANICE BAILEY, STEFAN FELTON, UTESHA TAYLOR, GENETHA TAYLOR, KELVIN COBB, LARRY BROWN, STACY LONGRIE, JEREMY TYREE, SIMON GREENLICK, LESHAWN SANDERS, GARY HILL, RICHARD LAWRENCE, CLEE COOPER, MICHAEL SWEET, CHALITA CRUMP, DAJUAN MUNERLYN, LAURA HAYWARD, MAURICE RICE, BRIDGETT MANCOUR, BRETT ALLEN ANDERSON II, ALICIA MITCHELL, JEFFERY JONES, REBECCA GAGNON, ERIK GAITHER, ERIN MIDDLETON, SAMANTHA RUPP, CHRISTINA STEVENS-IVORY, D'MONDRE WRIGHT, CODY ARWOOD, TRE-QUAN MARSHALL, ERIC MORRIS-LESTER, TRAVIS LANE, MICHAEL CLACK, KENTAY COLES, DONALD SCOTT, SENECCA HARDEN, KEIVON POWELL, SANIKA WILLIAMS, CHRISTAL MCCAA, JORDAN SHEALEY, RANDALL DETAMORE, ARRON WARSON, RAYNA MILLER MCKAY, MERCEDES BARAJAS, CORTEZ TURNER, TARENCE MARSHALL, SAMUEL BURCH, JAMES BROWN, CARRIE K. VENABLE, DERRICK WALTON JR., NORAH HOWELL ANN, DEIDRA MYERS, CHRISTOPHER ADAMS, BRADLEY SHARP, FERONDA SMITH, STEVEN HEBEL, DOUGLAS LONG, BRIAN BROCHU, A'SHIAYA ARKWRIGHT, MAEGAN DAWSON,

Case No. 18-cv-11986

   *Plaintiffs*,

v.

COUNTY OF GENESEE, a municipal sub-unit of the State of Michigan; SHERIFF ROBERT PICKELL, Individually and in his official capacity as Sheriff of Genesee County; CAPTAIN JASON GOULD, Individually and in his official capacity as Jail Administrator of the Genesee County Jail,

     *Defendants*.

## AGREED ORDER

Upon the stipulation of the parties, **IT IS ORDERED** as follows:

1. This case is dismissed, without prejudice, with each side to bear its own costs.

2. The statute of limitations for any claim asserted in this case is tolled for 120 days from the date of this order.

3. If any Plaintiff refiles his or her respective lawsuit(s), all of the discovery generated in this case to date shall be relevant and admissible to the same extent as if the case had never been dismissed, and Defendants shall be entitled to immediately file a motion for summary judgment without waiting for a new scheduling order.

4. Any Plaintiff who re-files his or her respective case may seek leave of Court for additional time to conduct discovery.

SO ORDERED.

Date: August 14, 2020                                s/Judith E. Levy
                                                         United States District Judge