UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Imani Hatcher *et al.*,

      Plaintiffs,  Case No. 18-11986

v.           Judith E. Levy
           United States District Judge
Genesee County *et al.*,
           Mag. Judge Elizabeth A. Stafford
      Defendants.

_____/

**ORDER DENYING MOTION FOR
TO ORDER COUNSEL'S REPRESENTATION AND FOR
<u>SETTLEMENT [43]</u>**

  Before the Court is *pro se* Plaintiff Brian Brochu's motion to order counsel's continuing representation of Plaintiff and to settle the case. (ECF No. 43.) Defendants responded to the motion on December 11, 2020. (ECF No. 44.) In his motion, Plaintiff repeats some of the same arguments he made in his previous motion for ancillary jurisdiction (ECF No. 41), which the Court denied. (ECF No. 42.) He argues that he believes he came into contact with infected blood, which transmitted Hepatitis A, by food and water contaminated from the Flint River. (ECF No. 43,

PageID. 303.) He further argues that he should receive a settlement for his case "as requested in civil brochure of $45,000." (*Id.*, at PageID.302.) And finally, although he maintains that his former counsel continued a "pattern of deception," that counsel should be ordered to represent him. (*Id.* at PageID.302–305.)

The Court has construed the Plaintiff's filings liberally. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed[.]" (internal quotations omitted)); *and see Williams v. Curtis*, 631 F.3d 380, 383 (6th Cir. 2011) (liberally construing pro se complaint). Yet, even under this liberal standard, the Court cannot understand Plaintiff's motion. Further, the relief Plaintiff seems to want – representation by a lawyer and a settlement in a case that has been dismissed – is not within the Court's authority to order.

Accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: December 15, 2020      s/Judith E. Levy  
Ann Arbor, Michigan     JUDITH E. LEVY  
    United States District Judge

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 15, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
